UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEANDRE SUGGS,

    Plaintiff,

        v.

RICK WATSON, THOMAS TRICE, PHIL MCLAURIN and CORRECTIONAL OFFICER SABO,

    Defendants.

Case No. 14-cv-136-JPG-PMF

## **MEMORANDUM AND ORDER**

    This matter comes before the Court for case management purposes. Since this case was filed on February 6, 2014, the Court has allowed the plaintiff to proceed in this case without prepayment of fees. On February 18, 2014, the Court assessed an initial partial filing fee of $2.63 pursuant to 28 U.S.C. § 1915(b)(1) (Doc. 4). The Court calculated this filing fee after considering the average monthly balance or deposits in the plaintiff's account for the six-month period immediately preceding the filing of the complaint.

    On May 13, 2014, Magistrate Judge Philip M. Frazier ordered the plaintiff to pay on or before July 11, 2014, the $2.63 initial partial filing fee assessed at the outset of this case or to demonstrate that he had no assets and no means to pay that sum (Doc. 10). Magistrate Judge Frazier further ordered that any attempt to show no assets or means must be supported by a prison trust fund account statement covering the entire time this case has been pending.

    Since that order, the plaintiff has not paid anything toward his initial partial filing fee. Instead, he has explained that he was transferred to another correctional institution, Danville Correctional Center ("Danville"), shortly after the fee was assessed and is trying to inform the new institution that it must pay the fee from his prison trust account (Doc. 16). Because it appears

Danville may not have received the Court's order directing payment of the $2.63 initial partial filing fee, the Court **DIRECTS** the Clerk of Court to send the fee assessment order (Doc. 4) to that institution.   The Court further **ORDERS** that the deadline set by Magistrate Judge Frazier's scheduling order is extended to October 10, 2014.   The Court further **WARNS** the plaintiff that if he does not pay the full initial partial filing fee or demonstrate that he had no assets and no means to pay by the new deadline, the Court may dismiss this case for failure to pay the filing fee and/or for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**
**DATED:   September 10, 2014**

                                                  s/J. Phil Gilbert
                                                **J. PHIL GILBERT**
                                                **DISTRICT JUDGE**