UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

DEANDRE SUGGS,

    Plaintiff,

        v.

RICK WATSON, THOMAS TRICE, PHIL MCLAURIN and CORRECTIONAL OFFICER SABO,

    Defendants.

Case No. 14-cv-136-JPG-PMF

## MEMORANDUM AND ORDER

This matter comes before the Court on the stipulation of dismissal of the remaining claims in this case signed by plaintiff Deandre Suggs and the remaining defendants (Doc. 22).[1]  Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows dismissal by a plaintiff without a court order by filing such a stipulation.  Therefore, the Court finds that the remaining claims in this case are **DISMISSED with prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**IT IS SO ORDERED.**
**DATED:   May 15, 2015**

                            s/ J. Phil Gilbert
                            **J. PHIL GILBERT**
                            **DISTRICT JUDGE**

---

[1] The stipulation contains in the caption the name of a defendant who is not a party to this case.  However, because this is the only case Suggs has pending in this Court, the appropriate defense counsel signed the stipulation, and defense counsel has confirmed that the inclusion of the incorrect name in the caption was a typographical error, the Court concludes that the parties intended this stipulation to cover Suggs' claims against the two remaining defendants in this case, Rick Watson and Correctional Office Sabo.